**JAMES R. TRAUT**
BAR #84839
**ERIC V. TRAUT**
BAR #146644

**TRAUT FIRM**
GRIFFIN TOWERS SUITE 700
5 HUTTON CENTRE DRIVE
SANTA ANA, CA 92707
(714) 835-7000
FAX (714) 957-5759

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROMULO RAY RUFO, TRINA RUFO, individuals;<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE, government entities; JAMES ALBERT SMITH and DOES 1 through 10,<br><br>               Defendants. | Case No.<br><br>**COMPLAINT** |

## JURISDICTION AND VENUE

1.      This court has original jurisdiction pursuant to 28 U.S.C. § 1346(b).

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the defendant, UNITED STATES OF AMERICA, owns and operates the UNITED STATES DEPARTMENT OF JUSTICE which employed defendant JAMES ALBERT SMITH in this district.  Additionally, the collision involving a DEPARTMENT OF JUSTICE vehicle and employee giving rise to the claim took place in this district.

3.      On or about August 7, 2017, Plaintiffs caused to be presented  claims for injury and loss of consortium under the Federal Tort Claims Act to the United States, which was duly received and acknowledged by the Department of Justice, Office of the Torts Claims Administrator.  These claims were accepted by defendants, but never denied to date.  More than 6 months have passed since the presentation of the claims.

## PARTIES

4.      Plaintiffs ROMULO RAY RUFO and TRINA RUFO ("Plaintiffs") were and are husband and wife at all relevant time individuals residing in Long Beach, California.

5.      Plaintiffs do not know the true names or capacities of the Defendants sued herein under the fictitious names DOES 1 through 10, inclusive.  Plaintiffs are informed and believe, and allege thereon, that each of those defendants were legally responsible for the occurrences alleged in this complaint and for Plaintiffs' damages.

6.       Defendant UNITED STATES OF AMERICA is a governmental entity, who owns and operates the UNITED STATES DEPARTMENT OF JUSTICE which does business in the state of California.

7.      Defendant JAMES ALBERT SMITH was an employee of the UNITED STATES DEPARTMENT OF JUSTICE and in the course and scope of his employment at the time of the collision.

## GENERAL ALLEGATIONS

8.      On March 16, 2016, at approximately 7:45 a.m., Plaintiff, ROMULO RAY RUFO, was driving his vehicle on the 710 freeway near Firestone Blvd. in the city of South Gate, County of Los Angeles, State of California. At this time, JAMES ALBERT SMITH ("Smith"), who was driving a United States Department of Justice vehicle ("Vehicle"), was approaching the rear of the Rufo vehicle and an unsafe speed and failed to observe and react to the stopped traffic ahead of him.  The Smith vehicle slammed into the rear of the Rufo vehicle with explosive force. The Rufo vehicle was propelled into a third vehicle.   As a result of the collision, ROMULO

RAY RUFO sustained injuries, including a life-altering traumatic brain injury.   His wife, plaintiff TRINA RUFO has since suffered loss of consortium damages.

9.      At the time of the collision, Plaintiffs are informed and believe, and on that basis allege, that Smith was driving a vehicle owned by the UNITED STATES DEPARTMENT OF JUSTICE, and that he was then acting in the course and scope of his employment for the UNITED STATES.

10.      Plaintiffs have complied with the provisions of 28 U.S.C. § 2401 by presenting written claims with defendants UNITED STATES  OF AMERICA and UNITED STATES DEPARTMENT OF JUSTICE within two years after the accrual of such claim. True and correct copies of these written claims are attached hereto as Exhibit A.

## **FIRST CAUSE OF ACTION**
### **(Negligence)**

11.      Plaintiffs re-allege and incorporate by reference the allegations set forth above in paragraphs 1 through 10, inclusive, as though set forth in full.

12.      Defendants, and each of them, including DOES 1 through 10 inclusive, failed to usc ordinary and reasonable care to prevent harm to Plaintiff, and were thereby negligent in the acts and omissions set forth herein.

13.      As a direct and proximate result of the above-described conduct of said Defendants, and each of them, including DOES 1 through 10 inclusive, Plaintiff, ROMULO RAY RUFO was injured and sustained physical injury and resulting economic and non-economic damages in an amount subject to proof.  His wife, Plaintiff TRINA RUFO has suffered loss of consortium damages, including love, companionship, comfort, care, assistance, protection, affection, society, moral support, and loss of sexual relations.

**COMPLAINT**

## **PRAYER FOR RELIEF**

Plaintiffs pray for judgment against defendants, and each of them, as follows:

14.    For general damages according to proof;

15.    For loss of consortium damages according to proof;

16.    For economic damages, according to proof;

17.    For costs of suit incurred herein;

18.    For such other and further relief as this court may deem just and proper.

DATED:  March 14, 2018        **TRAUT FIRM**

By _____

      ERIC TRAUT, ESQ
      Attorney for Plaintiffs

4

**COMPLAINT**

# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>U.S. Department of Justice<br>255 E. Temple Street, 17th Floor<br>Los Angeles, CA 90012 | 2. Name, address of claimant, and claimant's personal representative if any.<br>(See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Claimant: Trina Rufo<br>Attorney: Eric V. Traut, Esq. - TRAUT FIRM<br>5 Hutton Centre Drive, Suite 700<br>Santa Ana, CA 92707 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>08/25/1965 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>03/16/2016 | 7. TIME (A.M. OR P.M.)<br>07:45 a.m. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

U.S. Department of Justice employee, James Albert Smith, drove at an unsafe speed and impacted the rear of the vehicle driven by Romulo Ray Rufo. As a result of the explosive impact, Mr. Rufo was seriously injured, and Mr. Rufo's wife, Trina Rufo, has suffered significant loss of consortium.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The 2006 Volkswagen Passat was a total loss.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attachment.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Alejandro Becerril | 18702 Ambler Ave., Carson, CA 90746 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 2,000,000 | | 2,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>714-835-7000 | 14. DATE OF SIGNATURE<br>8/7/2017 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? [X] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No |
|---|

Mercury Insurance Group
PO Box 10730
Santa Ana, CA 92711   Claim No.: CAPA-00200305        888-263-7287  ext. 28555

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| Vehicle was paid by Mercury. | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| 19. Do you carry public liability and property damage insurance? [ ] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No |
|---|

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

10.

Romulo Ray Rufo has suffered traumatic brain injury that has resulted in symptoms that have precluded him from working or driving. He is under the care of a neuropsychologist, among others, who is treating him for the symptoms of dizziness, word finding issues, nausea, and balance problems. He also sustained a large disc herniation in his neck that has caused ongoing symptoms.

As a result, Mr. Rufo's wife, Trina Rufo, has also suffered significant loss of consortium.

ATTACHMENT TO FORM 95

# RETAINER AGREEMENT

Plaintiffs:  Ray Rufo and Trina Rufo

Date/Nature of Incident:  _Federal Tort Claim Arising from March 16, 2016 Collision_

Plaintiffs, Ray and Trina Rufo hereby employ Eric V. Traut, A Professional Law Corporation, to prosecute all appropriate claims against the proper parties responsible for damages resulting from personal injuries and/or losses, and the loss of consortium claim of Trina Rufo, sustained on or about the date of this incident.  In consideration for the legal services to be rendered and costs to be advanced by the firm in prosecution of said claims, plaintiffs promise to pay and assigns to the firm a lien for the amount of the advanced costs and for a fee of 20% of the total amount recovered if resolved at the administrative level of the Federal Tort Claim and 25% if it does not.  This statutory fee requirements are set forth in 28 U.S.C. Section 2678.  This retainer does not include the cost appellate representation, should it become necessary.

In computing the amount of the fee lien, the applicable percentage shall be applied to the amount of the total recovery prior to deduction of advanced costs.  Court fees, investigators, experts and any other expense that the firm considers necessary to properly prosecute said claims shall be subject to said lien for advanced costs.  Unless subject to Business and Professions Code Section 6146 (medical malpractice), the lien percentage is not set by law and is negotiable prior to execution of this retainer agreement.  This office does possess liability insurance.

**NO FEE IS PAYABLE TO THIS OFFICE  IF THERE IS NO RECOVERY.**

Settlement shall be binding only with plaintiffs' consent.  The firm is authorized to execute drafts and releases on behalf of plaintiff (s) and to associate other counsel at the firm's expense.  You hereby agree that a referral fee may be paid to the referring attorney, if any.  This fee will come directly out of the attorney fee paid to Eric V. Traut, a Professional Law Corporation.  Costs advanced are at the discretion of this office and are reimbursable at the close of the case.  Plaintiff may be responsible for costs during the pendency of the case, but will be advised before said costs are incurred.  Should a claim concerning professional liability arise between the parties hereto, it will be submitted for final resolution to binding arbitration with Judicate West.  Plaintiff(s) have the right to seek advice from independent counsel prior to signing this agreement.

This agreement shall not be binding unless endorsed by both parties or their legal representatives.

Executed on July 26,  2017 at __Long Beach__ , California.

X _Ray C. Rufo_
Plaintiff, RAY RUFO

_Eric V. Traut, Esq._

X _Trina M Rufo_
Plaintiff, TRINA RUFO

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Department of Justice<br>255 E. Temple Street, 17th Floor<br>Los Angeles, CA 90012 | Claimant: Romulo Ray Rufo<br>Attorney: Eric V. Traut, Esq. - TRAUT FIRM<br>5 Hutton Centre Drive, Suite 700<br>Santa Ana, CA 92707 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 08/12/1964 | Married | 03/16/2016 | 07:45 a.m. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

U.S. Department of Justice employee, James Albert Smith, drove at an unsafe speed and impacted the rear of the vehicle driven by Romulo Ray Rufo. As a result of the explosive impact, Mr. Rufo was seriously injured.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The 2006 Volkswagen Passat was a total loss.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attachment.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Alejandro Becerril | 18702 Ambler Ave., Carson, CA 90746 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 15,000,000 | | 15,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 714-835-7000 | 8/7/2017 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Mercury Insurance Group
PO Box 10730
Santa Ana, CA 92711   Claim No.: CAPA-00200305   888-263-7287  ext. 28555

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. if deductible, state amount. |
|---|---|
| Vehicle was paid by Mercury. | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

10.

Plaintiff has suffered traumatic brain injury that has resulted in symptoms that have precluded him from working or driving. He is under the care of a neuropsychologist, among others, who is treating him for the symptoms of dizziness, word finding issues, nausea, and balance problems. He also sustained a large disc herniation in his neck that has caused ongoing symptoms. Medical bills, records, and reports are attached hereto. A life care plan, vocational rehabilitation expert evaluation report, and an economist report detailing future care and lost earning capacity are forthcoming, but will undoubtedly be several millions dollars.

Mr. Rufo's wife, Trina Rufo, has also suffered significant loss of consortium, and will be submitting a claim for her damages in the amount of $2,000,000.00.

ATTACHMENT TO FORM 95

# RETAINER AGREEMENT

Plaintiffs:   Ray Rufo and Trina Rufo

Date/Nature of Incident:   _Federal Tort Claim Arising from March 16, 2016 Collision_

Plaintiffs, Ray and Trina Rufo hereby employ Eric V. Traut, A Professional Law Corporation, to prosecute all appropriate claims against the proper parties responsible for damages resulting from personal injuries and/or losses, and the loss of consortium claim of Trina Rufo, sustained on or about the date of this incident.  In consideration for the legal services to be rendered and costs to be advanced by the firm in prosecution of said claims, plaintiffs  promise to pay and assigns to the firm a lien for the amount of the advanced costs and for a fee of 20% of the total amount recovered if resolved at the administrative level of the Federal Tort Claim and 25% if it does not.  This statutory fee requirements are set forth in 28 U.S.C. Section 2678.  This retainer does not include the cost appellate representation, should it become necessary.

In computing the amount of the fee lien, the applicable percentage shall be applied to the amount of the total recovery prior to deduction of advanced costs.  Court fees, investigators, experts and any other expense that the firm considers necessary to properly  prosecute said claims shall be subject to said lien for advanced costs.  Unless subject  to Business and Professions Code Section 6146 (medical malpractice), the lien percentage is not set by law and is negotiable prior to execution of this retainer agreement.  This office does possess liability insurance.

**NO FEE IS PAYABLE TO THIS OFFICE  IF THERE IS NO RECOVERY.**

Settlement shall be binding only with plaintiffs' consent.  The firm is authorized to execute drafts and releases on behalf of plaintiff (s) and to associate other counsel at the firm's expense.  You hereby agree that a referral fee may be paid to the referring attorney, if any.   This fee will come directly out of the attorney fee paid to Eric V. Traut, a Professional Law Corporation.  Costs advanced are at the discretion of this office and are reimbursable at the close of the case.  Plaintiff may be responsible for costs during the pendency of the case, but will be advised before said costs are incurred.  Should a claim concerning professional liability arise between the parties hereto, it will be submitted for final resolution to  binding arbitration with Judicate West.  Plaintiff(s) have the right to seek advice from independent counsel prior to signing this agreement.

This agreement shall not be binding unless endorsed by both parties or their legal representatives.

Executed on July 26,  2017 at  Long Beach  California.

X _____                                    _____
Plaintiff, RAY RUFO                                               Eric V. Traut, Esq.

X _____
Plaintiff, TRINA RUFO