NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (Cal. Bar No. 236173)
Assistant United States Attorney
FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3038
    Facsimile: (213) 894-7819
    E-mail:  Richard.Park@usdoj.gov
              Fatima.Lacayo@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROMULO RAY RUFO, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendants. | No. CV 18-02138-PSG (ASx)<br><br>NOTICE OF LODGING OF DEFENDANT'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br><u>Trial</u><br>Date:  February 4, 2020<br>Time:  9:00 a.m.<br>Place: Courtroom 6A<br>       First Street Courthouse<br>       350 West 1st Street<br>       Los Angeles, CA. 90012<br><br>Honorable Philip S. Gutierrez<br>United States District Judge |

Pursuant to this Court's Order for Court Trial (Dkt. No. 21), Rule 52 of the Federal Rules of Civil Procedure, and Local Rule 52-4 of the Local Rules of the Central District of California, attached hereto are the United States' proposed Findings of Fact and Conclusions of Law.

DATED: January 30, 2020
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

          /s/
RICHARD M. PARK
FATIMARGENTINA LACAYO
Assistant United States Attorneys
Attorneys for Defendant
United States of America