1  ERIC V. TRAUT  (SBN: 146644)
   eric@trautfirm.com
2  TRAUT FIRM
   Griffin Towers, Suite 700
3  5 Hutton Centre
   Santa Ana, CA  92707
4  Telephone:   (714) 835-7000
   Facsimile:   (714) 957-5759

5  Attorney for Plaintiffs ROMULO RAY RUFO and
   TRINA RUFO
6
7  NICOLA T. HANNA
   United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
   Chief, Civil Division
9  JOANNE S. OSINOFF
   Assistant United States Attorney
10 Chief, General Civil Section
   RICHARD M. PARK  (SBN: 236173)
11 Assistant United States Attorney
   FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
12 Assistant United States Attorney
           Federal Building, Suite 7516
13         300 North Los Angeles Street
           Los Angeles, California 90012
14         Telephone: (213) 894-3038
           Facsimile: (213) 894-7819
15         E-mail: Richard.Park@usdoj.gov
                   Fatima.Lacayo@usdoj.gov
16
17 Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO RAY RUFO, TRINA RUFO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 18-2138 PSG (ASx)<br><br>**THIRD AMENDED JOINT EXHIBIT LIST**<br><br>Honorable Philip S. Gutierrez<br>United States District Judge<br><br><u>Trial</u><br>Date:  February 4, 2020<br>Time: 9:00 a.m.<br>Place: First Street Courthouse, 6A<br>    350 West 1st Street<br>    Los Angeles, CA. 90012 |

...

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Local Rule 16-6.1 of the Local Rules of the Central District of California, and the Court's Scheduling and Case Management Order (Bench Trial), the parties hereby submit their Third Amended Joint Exhibit List.  The parties reserve the right to offer any item listed below, and reserve the right to offer unlisted exhibits for purposes of impeachment or rebuttal.  The fact that an item appears on this list as a potential exhibit is not to be construed as a waiver by any of the parties of any objections they may have to its admissibility.

(*)   Under Local Rule 16-6.1, exhibits with an asterisk indicate exhibits that a party may offer only if the need arises.

(**)   The parties have agreed that experts may rely on their reports and curriculum vita to refresh their recollection while testifying, but the expert reports and curriculum vita will not be admitted into evidence.

| **Plaintiffs' Exhibits** | | | |
|---|---|---|---|
| **Exhibit No.** | **Description** | **Objection** | **Response** |
| 1 | Traffic Collision Report | | |
| 2 | Property Damage Photos – plaintiff vehicle | | |
| 3 | Property Damage Photos – defendant vehicle | | |
| 4 | Video taken at the scene | | |
| 5 | Family photos – prior to incident | | |
| 6 | Care Ambulance Records – March 16, 2016 | | |
| 7 | Emergency Room Records – March 16, 2016 | | |
| 8 | ** Pertinent records of Lee Razalan, M.D. (PCP) | | |
| 9 | ** C.V. of Diemha Hoang, M.D. - Physiatrist | | |
| 10 | Pertinent records of Diemha Hoang, M.D. | | |

| | | | | |
|---|---|---|---|---|
| 11 | ** C.V. of Monquen Hoang, M.D. – neurologist | | | |
| 12 | Pertinent records of Monquen Hoang, M.D. | | | |
| 13 | ** C.V. of Azadeh Farin, M.D. – neurosurgeon | | | |
| 14 | Pertinent records of Azadeh Farin, M.D. | | | |
| 15 | Pertinent records of Nirav Patel, P.T., DPT – concussion therapist | | | |
| 16 | ** C.V. of Nirav Patel, P.T., DPT | | | |
| 17 | ** Rule 26 report of Nirav Patel, P.T., DPT dated September 12, 2019 | | | |
| 18 | ** C.V. Eric Ikeda, O.D.  -  Neuro-optometrist and vision therapist | | | |
| 19 | Pertinent records of Eric Ikeda, O.D. | | | |
| 20 | ** Rule 26 report of Eric Ikeda, O.D. dated October 1, 2019 | | | |
| 21 | ** C.V. of David Lechuga, Ph.D. – neuropsychologist | | | |
| 22 | Treatment records of David Lechuga, Ph.D. | | | |
| 23 | ** Report of David Lechuga dated June 29, 2016 | | | |
| 24 | ** Reports of David Lechuga March 2017 to November 2019 | | | |
| 25 | ** C.V. of John Brault – Biomechanical expert | | | |
| 26 | ** Rule 26 report of John Brault dated September 15, 2019 | | | |
| 27 | ** C.V of David Edelman, M.D. – IME neurologist for disability determination | | | |
| 28 | ** Report of David Edelman, M.D. dated May 21, 2018 | | | |
| 29 | Pertinent records of Memorial Care Rehab Institute | | | |
| 30 | Brain CT reports | | | |
| 31 | Brain MRI reports | | | |

-3-

THIRD AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1 | 32 | CT cervical spine reports | | |
| 2 | 33 | MRI cervical spine reports | | |
| 3 | 34 | Pertinent records from Encore Wellness | | |
| 4 | 35 | ** C.V. of Michael Bonneau, MS, CRC – vocational rehab expert | | |
| 5 | 36 | ** Rule 26 report of Michael Bonneau, MS, CRC dated August 23, 2019 | | |
| 6 7 | 37 | ** Report of Michael Bonneau, MS, CRC dated December 5, 2017. | | |
| 8 | 38 | Ray Rufo resumes | | |
| 9 | 39 | SCE employment evaluations of Ray Rufo prior to incident | | |
| 10 | 40 | Wage records of Ray Rufo – SCE | | |
| 11 | 41 | ** C.V. of Barbara Greenfield, R.N. – life care planner | | |
| 12 | 42 | Updated life care plan dated – Nov. 11, 2019. | | |
| 13 14 | 43 | Notes of communications with other retained experts and treating healthcare providers | | |
| 15 | 44 | ** C.V. of Timothy Lanning – Economist | | |
| 16 17 | 45 | ** Rule 26 report of Timothy Lanning setting forth economic losses of Romulo Ray Rufo dated September 12, 2019. | | |
| 18 | 46 | W2 and payroll earnings documents | | |
| 19 | 47 | SCE benefits and 401-K savings plan | | |
| 20 | 48 | Plaintiff's Administrative Tort Claim (SF-95) dated August 7, 2017 | | |
| 21 | 49 | Plaintiff's Complaint date March 14, 2018 | | |
| 22 | 50 | Records from Winways Brain Injury Rehab Center | | |
| 23 24 | 51 | ** C.V. of Carol Jackson, M.D. – treating neurologist | | |
| 25 | 52 | Records of Carol Jackson, M.D. | | |
| 26 | 53 | Dr. Razalan – prior records | | |

| Defendant's Exhibits | | | |
|---|---|---|---|
| **Exhibit No.** | **Description** | **Objection** | **Response** |
| 101 | Plaintiffs' Complaint (Dkt. No. 1) | | |
| 102 | Plaintiffs' Response to Defendant's Written Discovery | | |
| 103 | California Highway Patrol Traffic Collision Report dated March 16, 2016 | | |
| 104 | Plaintiff Romulo Rufo's video from March 16, 2016 accident scene | | |
| 105 | David Raymond Ph.D. biomechanical graphs and illustrations | | |
| 106 | Records for Romulo Rufo from Diemha Hoang, MD | | |
| 107 | Records from Care Ambulance Services | | |
| 108 | *Medical Records for Romulo Rufo from Lee Razalan, MD | | |
| 109 | *Medical Records for Romulo Rufo from Neuromedical Diagnostics Medical Group | | |
| 110 | *Medical Records for Romulo Rufo from Liberty Advanced Imaging | | |
| 111 | *Medical Records for Romulo Rufo from Memorial Care | | |
| 112 | *Medical Records for Romulo Rufo from Concussion Rehabilitation | | |
| 113 | *Medical Records for Romulo Rufo from Eric Ikeda, O.D. | | |
| 114 | *Medical Records for Romulo Rufo from Southern California Edison | | |
| 115 | *Medical Records for Romulo Rufo from Long Beach Memorial Medical Center | | |
| 116 | *Records for Romulo Rufo from Encore Wellness PT | | |
| 117 | *Records for Romulo Rufo from Dr. David Lechuga | | |

THIRD AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 118 | *Prescription medication records for Romulo Rufo from CVS Pharmacy | | | |
| 119 | *Medical Records for Romulo Rufo from Healthnet of California | | | |
| 120 | *Records for Plaintiffs from the Internal Revenue Service | | | |
| 121 | *Records for Romulo Rufo from Social Security Administration | | | |
| 122 | *Records for Romulo Rufo from Dr. David Edelman | | | |
| 123 | * Records for Romulo Rufo from Dr. Carol Jackson | | | |
| 124 | Brain CT reports | | | |
| 125 | Brain MRI reports | | | |
| 126 | CT cervical spine reports | | | |
| 127 | MRI cervical spine reports | | | |

///

///

///

-6-

THIRD AMENDED JOINT EXHIBIT LIST

| | | |
|---|---|---|
| 1 | DATED: February 4, 2020 | TRAUT FIRM |
| 2 | | |
| 3 | | |
| 4 | | /s/ Eric V. Traut |
| 5 | | Eric V. Traut, Esq., Attorney for Plaintiffs ROMULO RAY RUFO and TRINA RUFO |
| 6 | | |
| 7 | | |
| 8 | DATED: February 4, 2020 | NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS |
| 9 | | Assistant United States Attorney<br>Chief, Civil Division |
| 10 | | JOANNE S. OSINOFF<br>Assistant United States Attorney |
| 11 | | Chief, General Civil Section |
| 12 | | |
| 13 | | /s/<br>RICHARD M. PARK |
| 14 | | FATIMARGENTINA LACAYO<br>Assistant United States Attorneys |
| 15 | | Attorneys for Defendant<br>United States of America |

-7-

THIRD AMENDED JOINT EXHIBIT LIST

<u>ATTESTATION UNDER LOCAL RULE 5-4.3.4</u>

I, Richard Park, am the ECF User whose ID and password are being used to file this Third Amended Joint Exhibit List. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Eric Traut has concurred in this filing.

DATED: February 4, 2020

/s/ Richard Park

_____
RICHARD M. PARK
Assistant United States Attorney