# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV18-2138-PSG (ASx) | Title | Romulo Ray Rufo, et al v. United States of America, et al |
|---|---|---|---|
| Judge | PHILIP S. GUTIERREZ | | |
| Dates of Trial or Hearing | 2/4/20; 02/05/20; 2/13/20 | | E-FILED FEB 28 2020 |
| Court Reporters or Tape No. | MAREA WOOLRICH; TERRI HOURIGAN | | |
| Deputy Clerks | CHRISTINE CHUNG; WENDY HERNANDEZ | | Document # |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Eric V. Trout | AUSA Richard Park A |
| | USA Fatimargentina M. Lacayo |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |

1  ERIC V. TRAUT (SBN: 146644)
   eric@trautfirm.com
2  TRAUT FIRM
   Griffin Towers, Suite 700
3  5 Hutton Centre
   Santa Ana, CA 92707
4  Telephone: (714) 835-7000
   Facsimile: (714) 957-5759

5  Attorney for Plaintiffs ROMULO RAY RUFO and
6  TRINA RUFO

7  NICOLA T. HANNA
   United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
9  Chief, Civil Division
   JOANNE S. OSINOFF
10 Assistant United States Attorney
   Chief, General Civil Section
11 RICHARD M. PARK (SBN: 236173)
   Assistant United States Attorney
12 FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
   Assistant United States Attorney
13     Federal Building, Suite 7516
       300 North Los Angeles Street
14     Los Angeles, California 90012
       Telephone: (213) 894-3038
15     Facsimile: (213) 894-7819
       E-mail:  Richard.Park@usdoj.gov
16              Fatima.Lacayo@usdoj.gov

17 Attorneys for Defendant United States of America

18                  UNITED STATES DISTRICT COURT

19                 CENTRAL DISTRICT OF CALIFORNIA

20 ROMULO RAY RUFO, TRINA      Case No. CV 18-2138 PSG (ASx)
   RUFO,
21                             **AMENDED JOINT WITNESS LIST**
       Plaintiffs,
22                             Honorable Philip S. Gutierrez
   v.                          United States District Judge
23
   UNITED STATES OF AMERICA,   Trial
24                             Date: February 4, 2020
       Defendant.              Time: 9:00 a.m.
25                             Place: Courtroom 6A
                                      First Street Courthouse
26                                    350 West 1st Street
                                      Los Angeles, CA. 90012
27

-1-

AMENDED JOINT WITNESS LIST

1 | Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A) and (b), Local Rule 16-5, this Court's Scheduling and Case Management Order (Bench Trial), and the Court's minutes from the December 2, 2019 pre-trial conference, the parties identify the following witnesses in the order they expect to call to testify at trial within the allotted five trial hours per side.

The parties reserve the right to call any of the fact witnesses listed on this Amended Joint Witness List and to offer unlisted witnesses for purposes of impeachment or rebuttal.

A.  **TRIAL DAY ONE: February 4, 2020**

　　1.　Plaintiff Trina Rufo — 2-4-20

Plaintiff Trina Rufo is the wife of Romulo Ray Rufo who seeks compensation for loss of consortium. Mrs. Rufo will testify regarding the changes she has witnessed in her husband and their impact on the relationship with her (including all elements of the loss of consortium claim), the children, family, and friends.

　　2.　Diemha Hoang, M.D. — 2-4-20

Diemha Hoang, M.D. (non-retained expert) is the board-certified Physical Medicine and Rehabilitation treating physician of Mr. Rufo. Dr. Hoang will testify regarding Mr. Rufo's diagnosis, on-going treatment, and future care needs.

　　3.　Marilyn Rufo Yokoyama — 2-4-20

Marilyn Rufo Yokoyama (percipient witness) is the sister of Romulo Ray Rufo. She will testify regarding her observations of her brother both prior to and following the March 16, 2016 collision.

　　4.　Carol Jackson, M.D. — 2-4-20

Carol Jackson, M.D. (non-retained expert) is the board-certified neurotologist treating physician of Mr. Rufo. Dr. Jackson will testify that she diagnosed Mr. Rufo with a traumatic vestibular injury consistent with mild

traumatic brain injury, which was caused by the March 16, 2016 incident, and provided treatment.

5. <u>Eric T. Ikeda, O.D.</u>   2-4-20.

Eric T. Ikeda, O.D. (Plaintiffs' retained expert) is the board-certified treating neuro-optometrist for Mr. Rufo. Dr. Ikeda will testify that Mr. Rufo's visual processing deficits are the result of having suffered a mild traumatic brain injury in the collision of March 16, 2016, for which he provided treatment.

6. <u>Guido Schenkhuizen</u>   2-5-20.

Guido Schenkhuizen (percipient witness) is a friend and former co-worker of Mr. Rufo at Southern California Edison. He will testify regarding his observations of Mr. Rufo as it related to his physical and mental abilities to perform his job.

7. <u>David Edelman, M.D.</u>[1]   2-4-20.

David Edelman, M.D. (non-retained expert) is neurologist retained by Sedgwick Claims on behalf of Southern California Edison to determine if Mr. Rufo was disabled from injuries sustained in the March 16, 2016 collision. Dr. Edelman will testify that Mr. Rufo is totally disabled and unable to work in any capacity.

8. <u>Brian Bowden:</u>   2-4-20.

Brian Bowden (percipient witness) is the long-time best friend of Romulo Ray Rufo. Mr. Bowden will testify regarding his observations of Mr. Rufo both prior to and following the March 16, 2016 collision.

---

[1] Dr. Edelman's testimony is subject to Defendant's Motion <u>in Limine</u> No. 1 to Exclude Evidence of Disability Determinations of Social Security Administration and Sedgwick Claims Management Services. <u>See</u> Dkt. No. 34.

Case 2:18-cv-02138-PSG-AS   Document 55   Filed 01/31/20   Page 4 of 8   Page ID #:318

9. <u>DEA Special Agent Albert Smith</u>

DEA Special Agent Albert Smith (percipient witness) was the on-duty federal officer who was involved in a motor vehicle accident with Plaintiff Romulo Ray Rufo on March 16, 2016.

10. <u>Plaintiff Romulo Ray Rufo</u> 2-4-2020 / 2-5-2020

Plaintiff Romulo Ray Rufo was the 51 year old driver of a VW Passat that was rear-ended on the freeway by a Chevrolet Impala driven by SA Smith on March 16, 2016. Mr. Rufo will testify regarding the circumstances surrounding the incident, the symptoms he experienced at the scene, his past medical and work history, the treatment he has undergone since the collision, his current limitation and symptoms, and how his injuries have affected his ability to conduct his day to day life. He will also discuss the affects the injuries have had on his relationships with his wife, children, and friends.

11. <u>David Lechuga, Ph.D.</u>[2] 2/13/20

David Lechuga (Plaintiff's retained expert) is the board-certified treating neuropsychologist of Mr. Rufo. He will testify that Mr. Rufo sustained a mild traumatic brain injury in the collision of March 16, 2016 that caused Mr. Rufo to have permanent physical and mental deficits.

---

[2] Dr. Lechuga is unavailable the week of the trial and, therefore, Plaintiff's counsel intends to ask the Court to allow Dr. Lechuga to testify the week of February 10, 2020 in order to allow him to appear in person. Alternatively, counsel is prepared to have Dr. Lechuga testify by Skype.

B. **TRIAL DAY TWO: February 5, 2020**

12. <u>Isaac Yang, M.D.</u>   2-5-2020

Isaac Yang, M.D. (Defendant's retained expert) is a board-certified neurosurgeon and Associate Professor of Neurosurgery, Radiation Oncology, and Head and Neck surgery at UCLA. Dr. Yang will testify that all the post-accident imaging studies (i.e., MRI, CT, x-ray) of Mr. Rufo's head and neck showed no signs of acute trauma to the head, brain, or cervical spine and Mr. Rufo's continuing symptoms are inconsistent with a mild traumatic brain injury.

13. <u>Barry Ludwig, M.D.</u>   2-5-2020

Barry Ludwig, M.D. (Defendant's retained expert) is board-certified neurologist who teaches at UCLA Medical Center and has worked in the area of brain injury rehabilitation since 1980. Dr. Ludwig will testify that Mr. Rufo did not suffer from any traumatic brain injury from the accident.

14. <u>Azadeh Farin, M.D.</u>   2-5-2020

Azadeh Farin, M.D. (non-retained expert) is a treating board-certified neurosurgeon for Mr. Rufo. Dr. Farin will testify regarding Mr. Rufo's medical condition after the accident.

15. <u>James Spence</u>   2-5-2020

James Spence (percipient witness) was Mr. Rufo's supervisor during the year prior to, and a few weeks after, the collision. Mr. Spence will testify as to his observations of Mr. Rufo's ability to perform his job and his health condition.

16. <u>Michael Bonneau, MS, CRC</u>   2/13/20

Michael Bonneau (Plaintiffs' retained expert) is a vocational expert with more than 30 years conducting forensic vocational evaluations and testimony in personal injury, medical malpractice, and other litigated matters. Mr. Bonneau will testify that Mr. Rufo is not employable in any capacity based on his deficits resulting from his brain injury.

17. Barbara Greenfield, R.N. 2-5-20; 2/13/20

Barbara Greenfield, R.N. (Plaintiffs' retained expert) is a certified life care planner. Ms. Greenfield will testify regarding her conclusions for future medical and rehabilitation costs reasonably expected to be incurred by Mr. Rufo as a result of his mild traumatic brain injury and associated deficits.

18. Timothy Lanning 2/13/20

Timothy Lanning (Plaintiffs' retained expert) is a forensic economist with a Master's Degree in Economics. Mr. Lanning will testify as to his calculations of the life care plan and the past and future lost earning capacity of Mr. Rufo.

19. Alejandro Becerril

Alejandro Becerril (percipient witness) was the driver of the vehicle in front of Mr. Rufo's Volkswagen Passat in the March 16, 2016 accident. Mr. Becerril will testify regarding the circumstances of the accident and his interactions with Mr. Rufo post-accident.

20. John Brault 2/13/20

John Brault (Plaintiffs' retained expert) is a biomechanics consultant with more than 25 years analyzing and testifying on matters involving motor vehicle collisions. Mr. Brault will testify that the peak head acceleration experienced by Mr. Rufo of approximately 34Gs has been associated with mild traumatic brain injury and concussion in the scientific literature.

21. David Raymond, Ph.D. 2/13/20

David Raymond, Ph.D. (Defendant's retained expert) is a biomechanical expert. Dr. Raymond will testify that numerous published studies indicate the linear head acceleration experienced by Mr. Rufo in the accident was correlated with a low incidence of concussion.

22. Jerald Udinsky, Ph.D. 2/13/20

Jerald Udinsky, Ph.D. (Defendant's retained expert) is an expert in financial

1 and rehabilitation economics. Dr. Udinsky will testify that Mr. Rufo suffered from
2 no economic loss, but also calculated several "benefit of the doubt" scenarios
3 evaluating a return to work in full or diminished capacities.

4     23.   Ted Evans, Ph.D. 2/13/20

5 Ted Evans, Ph.D. (Defendant's retained expert) is a neuro-psychologist and
6 Associate Clinical Professor at UCLA. Dr. Evans will testify that Mr. Rufo's
7 clinical history do not support a finding of traumatic brain injury and his testing
8 results (neuropsychological and psychological) indicate poor effort, extreme
9 endorsement of cognitive problems, gross symptom exaggeration associated with
10 primary gain (litigation) and secondary gain (passive-dependent/histrionic
11 personality disorder).

12 DATED: January 31, 2020                     TRAUT FIRM

14                                         /s/ Eric V. Traut
15                                         ERIC V. TRAUT, ESQ., Attorney for
16                                         Plaintiffs ROMULO RAY RUFO and
                                        TRINA RUFO

18 DATED: January 31, 2020                 NICOLA T. HANNA
                                        United States Attorney
19                                         DAVID M. HARRIS
                                        Assistant United States Attorney
20                                         Chief, Civil Division
                                        JOANNE S. OSINOFF
21                                         Assistant United States Attorney
                                        Chief, General Civil Section

23                                         /s/
                                        RICHARD M. PARK
24                                         FATIMARGENTINA LACAYO
                                        Assistant United States Attorneys
25                                         Attorneys for Defendant
                                        United States of America

26
27

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Richard Park, am the ECF User whose ID and password are being used to file this Amended Joint Witness List. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Eric Traut has concurred in this filing.

DATED: January 31, 2020

/s/ Richard Park

RICHARD M. PARK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO RAY RUFO, TRINA RUFO,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. CV 18-2138 PSG (ASx)<br><br>**TRIAL EXHIBIT LIST**<br><br>Honorable Philip S. Gutierrez<br>United States District Judge |

(*)   Under Local Rule 16-6.1, exhibits with an asterisk indicate exhibits that a party may offer only if the need arises.

(**)   The parties have agreed that experts may rely on their reports and curriculum vita to refresh their recollection while testifying, but the expert reports and curriculum vita will not be admitted into evidence.

/ / /

/ / /

/ / /

/ / /

| Plaintiffs' Exhibits | | | |
|---|---|---|---|
| Exhibit No. | Description | ID | ADMITTED |
| 1 | Traffic Collision Report | | 2/13/20 |
| 2 | Property Damage Photos – plaintiff vehicle | | |
| 3 | Property Damage Photos – defendant vehicle | | |
| 4 | Video taken at the scene | | |
| 5 | Family photos – prior to incident 5.10/5.1/5.9 | 2/4/20 | |
| 6 | Care Ambulance Records – March 16, 2016 | | |
| 7 | Emergency Room Records – March 16, 2016 | | |
| 8 | ** Pertinent records of Lee Razalan, M.D. (PCP) | | |
| 9 | ** C.V. of Diemha Hoang, M.D. - Physiatrist | | |
| 10 | Pertinent records of Diemha Hoang, M.D. | | |
| 11 | ** C.V. of Monquen Hoang, M.D. – neurologist | | |
| 12 | Pertinent records of Monquen Hoang, M.D. | | |
| 13 | ** C.V. of Azadeh Farin, M.D. – neurosurgeon | | |
| 14 | Pertinent records of Azadeh Farin, M.D. | | |
| 15 | Pertinent records of Nirav Patel, P.T., DPT – concussion therapist | | |
| 16 | ** C.V. of Nirav Patel, P.T., DPT | | |
| 17 | ** Rule 26 report of Nirav Patel, P.T., DPT dated September 12, 2019 | | |
| 18 | ** C.V. Eric Ikeda, O.D. - Neuro-optometrist and vision therapist | | |
| 19 | Pertinent records of Eric Ikeda, O.D. | | |
| 20 | ** Rule 26 report of Eric Ikeda, O.D. dated October 1, 2019 | | ✓ |

| | | | |
|---|---|---|---|
| 21 | ** C.V. of David Lechuga, Ph.D. – neuropsychologist | | 2/13/20 |
| 22 | Treatment records of David Lechuga, Ph.D. | | |
| 23 | ** Report of David Lechuga dated June 29, 2016 | | |
| 24 | ** Reports of David Lechuga March 2017 to November 2019 | | |
| 25 | ** C.V. of John Brault – Biomechanical expert | | |
| 26 | ** Rule 26 report of John Brault dated September 15, 2019 | | |
| 27 | ** C.V of David Edelman, M.D. – IME neurologist for disability determination | | |
| 28 | ** Report of David Edelman, M.D. dated May 21, 2018 | | |
| 29 | Pertinent records of Memorial Care Rehab Institute | | |
| 30 | Brain CT reports | | |
| 31 | Brain MRI reports | | |
| 32 | CT cervical spine reports | | |
| 33 | MRI cervical spine reports | | |
| 34 | Pertinent records from Encore Wellness | | |
| 35 | ** C.V. of Michael Bonneau, MS, CRC – vocational rehab expert | | |
| 36 | ** Rule 26 report of Michael Bonneau, MS, CRC dated August 23, 2019 | | |
| 37 | ** Report of Michael Bonneau, MS, CRC dated December 5, 2017. | | |
| 38 | Ray Rufo resumes | | |
| 39 | SCE employment evaluations of Ray Rufo prior to incident | 39-3; 39-8; 2/5/20 | |
| 40 | Wage records of Ray Rufo – SCE | | |
| 41 | ** C.V. of Barbara Greenfield, R.N. – life care planner | | |
| 42 | Updated life care plan dated – Nov. 11, 2019. | 2/5/20 | ✓ |

| # | Description | | |
|---|---|---|---|
| 43 | Notes of communications with other retained experts and treating healthcare providers | | 2/13/20 |
| 44 | ** C.V. of Timothy Lanning – Economist | | |
| 45 | ** Rule 26 report of Timothy Lanning setting forth economic losses of Romulo Ray Rufo dated September 12, 2019. | | |
| 46 | W2 and payroll earnings documents | | |
| 47 | SCE benefits and 401-K savings plan | | |
| 48 | Plaintiff's Administrative Tort Claim (SF-95) dated August 7, 2017 | | |
| 49 | Plaintiff's Complaint date March 14, 2018 | | |
| 50 | Records from Winways Brain Injury Rehab Center | | |
| 51 | ** C.V. of Carol Jackson, M.D. – treating neurologist | | |
| 52 | Records of Carol Jackson, M.D. | | |
| 53 | Dr. Razalan – prior records | | |
| 101 | Plaintiffs' Complaint (Dkt. No. 1) | | |
| 102 | Plaintiffs' Response to Defendant's Written Discovery | | |
| 103 | California Highway Patrol Traffic Collision Report dated March 16, 2016 | | |
| 104 | Plaintiff Romulo Rufo's video from March 16, 2016 accident scene | | |
| 105 | David Raymond Ph.D. biomechanical graphs and illustrations | | |
| 106 | Records for Romulo Rufo from Diemha Hoang, MD | 106-1: 2/5/20 | |
| 107 | Records from Care Ambulance Services | | |
| 108 | *Medical Records for Romulo Rufo from Lee Razalan, MD | | |
| 109 | *Medical Records for Romulo Rufo from Neuromedical Diagnostics Medical Group | | |
| 110 | *Medical Records for Romulo Rufo from Liberty Advanced Imaging | | |

| # | Description | | |
|---|---|---|---|
| 111 | *Medical Records for Romulo Rufo from Memorial Care | | 2/13/20 |
| 112 | *Medical Records for Romulo Rufo from Concussion Rehabilitation | | |
| 113 | *Medical Records for Romulo Rufo from Eric Ikeda, O.D. | | |
| 114 | *Medical Records for Romulo Rufo from Southern California Edison | | |
| 115 | *Medical Records for Romulo Rufo from Long Beach Memorial Medical Center | | |
| 116 | *Records for Romulo Rufo from Encore Wellness PT | | |
| 117 | *Records for Romulo Rufo from Dr. David Lechuga | | |
| 118 | *Prescription medication records for Romulo Rufo from CVS Pharmacy | | |
| 119 | *Medical Records for Romulo Rufo from Healthnet of California | | |
| 120 | *Records for Plaintiffs from the Internal Revenue Service | | |
| 121 | *Records for Romulo Rufo from Social Security Administration | | |
| 122 | *Records for Romulo Rufo from Dr. David Edelman | | |
| 123 | * Records for Romulo Rufo from Dr. Carol Jackson | | |
| 124 | Brain CT reports | | |
| 125 | Brain MRI reports | | |
| 126 | CT cervical spine reports | | |
| 127 | MRI cervical spine reports | | ✓ |

| # | Description | | | |
|---|---|---|---|---|
| 43 | Notes of communications with other retained experts and treating healthcare providers | | | 2/13/20 |
| 44 | ** C.V. of Timothy Lanning – Economist | | | |
| 45 | ** Rule 26 report of Timothy Lanning setting forth economic losses of Romulo Ray Rufo dated September 12, 2019. | | | |
| 46 | W2 and payroll earnings documents | | | |
| 47 | SCE benefits and 401-K savings plan | | | |
| 48 | Plaintiff's Administrative Tort Claim (SF-95) dated August 7, 2017 | | | |
| 49 | Plaintiff's Complaint date March 14, 2018 | | | |
| 50 | Records from Winways Brain Injury Rehab Center | | | |
| 51 | ** C.V. of Carol Jackson, M.D. – treating neurologist | | | |
| 52 | Records of Carol Jackson, M.D. | | | |
| 53 | Dr. Razalan – prior records | | | |
| 101 | Plaintiffs' Complaint (Dkt. No. 1) | | | |
| 102 | Plaintiffs' Response to Defendant's Written Discovery | | | |
| 103 | California Highway Patrol Traffic Collision Report dated March 16, 2016 | | | |
| 104 | Plaintiff Romulo Rufo's video from March 16, 2016 accident scene | | | |
| 105 | David Raymond Ph.D. biomechanical graphs and illustrations | | | |
| 106 | Records for Romulo Rufo from Diemha Hoang, MD | | | |
| 107 | Records from Care Ambulance Services | | | |
| 108 | *Medical Records for Romulo Rufo from Lee Razalan, MD | | | |
| 109 | *Medical Records for Romulo Rufo from Neuromedical Diagnostics Medical Group | | | |
| 110 | *Medical Records for Romulo Rufo from Liberty Advanced Imaging | | | |