Eric V. Traut (SBN 140044)
**TRAUT FIRM**
Griffin Towers, Suite 700
Santa Ana, California 92707
Telephone: (714) 835-7000
Facsimile: (714) 957-5759
Email: Eric@trautfirm.com

Attorney for Plaintiffs



E-FILED
MAR 13 2020
Document#_____

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROMULO RAY RUFO, TRINA RUFO, individuals,<br><br>　　　　　　Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA,<br>　　　　　　Defendant. | CASE NO. CV 18-02138-PSG-AS<br><br>Assigned to the Hon. Philip S. Gutierrez, Courtroom 6A<br><br>[~~PROPOSED~~] JUDGMENT |

　　　This action was tried to the Court on February 4, 5, and 13, 2020. Eric V. Traut appeared for the Plaintiffs Romulo Ray Rufo and Trina Rufo, and Assistant United States Attorneys Richard Park and Fatimargentina M. Lacayo represented Defendant United States of America.

　　　The Court decided in favor of plaintiffs on February 28, 2020. <u>See</u> Doc. 67. The Court orders that Judgment is entered in favor plaintiffs, ROMULO RAY RUFO and TRINA RUFO, and plaintiffs recover from defendant, UNITED STATES OF AMERICA, the amount of $4,099,581.80 in damages.

1

[PROPOSED] JUDGMENT

Costs may be recovered in accordance with 28 U.S.C. § 1920, 28 U.S.C. § 2142 and Federal Rule of Civil Procedure 54, and as taxed by the Court. Attorneys' fees are limited by 28 U.S.C. § 2678 of the Federal Tort Claims Act. Post judgment interest may be recovered in accordance with 28 U.S.C. § 1961, 28 U.S. Code § 2516 and 31 U.S.C. § 1304.

Dated: 3/13/2020

Honorable Philip S. Gutierrez
United States District Judge