# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

ROMULO RAY RUFO and TRINA RUFO

V.

UNITED STATES OF AMERICA

Case Number: CV 18-02138-PSG-AS

Judgment was entered in this action on __03/13/2020__ / __70__ against UNITED STATES OF AMERICA
                                           Date            Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): | $90.00 |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $16,317.44 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $240.00 |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | **$17,047.44** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

s/ Eric V. Traut                                    Eric V. Traut
Signature                                           Print Name

Attorney for: Plaintiffs ROMULO RAY RUFO and TRINA RUFO

Costs are taxed in the amount of    $17,047.44

Kiry K. Gray                        By: Valencia Munroe           July 16, 2020
Clerk of Court                          Deputy Clerk              Date

CV-59 (12/18)                       BILL OF COSTS                 Page 1 of 2

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ted Evans, Ph.D. | 1 | $40.00 | | | | | $40.00 |
| Stacy Helvin | 1 | $40.00 | | | | | $40.00 |
| Amy Koellner | 1 | $40.00 | | | | | $40.00 |
| Barry Ludwig, M.D. | 1 | $40.00 | | | | | $40.00 |
| David Raymond, M.D. | 1 | $40.00 | | | | | $40.00 |
| Isaac Yang, M.D. | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $240.00 |

WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)